IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Case No. CR-17-195-D |
| RALPH ALLAN LEE SHORTEY, | ) | |
| Defendant. | ) | |

## ORDER

Before the Court is the United States' Response to Defendant's Sentencing Memorandum [Doc. No. 54]. The response contains information concerning a child victim and should have been filed under seal.[1] Although the document has been part of the public record since its initial filing several days ago, and has been reported on in the local press, in light of its detailed descriptions of investigatory materials and other matters regarding the victim's conduct before, during, and after the defendant's actions involved in this case, as well as information relating to numerous other unidentified individuals, the Court finds that the document should be sealed at this time.

Accordingly, the Clerk of Court is hereby directed to place the United States'

---

[1] *See* 18 U.S.C. § 3509(d)(2) ("All papers to be filed in court that disclose the name of or any other information concerning a child shall be filed under seal without necessity of obtaining a court order."); LCrR 12.2 ("[r]esponses to sealed matters may likewise be filed under seal."); *Nixon v. Warner Communications, Inc.*, 435 U.S. 589, 598 (1978) ("Every court has supervisory power over its own records and files, and access has been denied where court files might have become a vehicle for improper purposes."); *United States v. McVeigh,* 119 F.3d 806, 814 (10th Cir. 1997); *Press-Enterprise II*, 478 U.S. 1, 13-14 (1986); *see also* the Court's Order dated September 8, 2017 [Doc. No. 13], which

Response to Defendant's Sentencing Memorandum [Doc. No. 54] and its attachments under seal.

IT IS SO ORDERED this 17th day of September 2018.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE

---

allowed the parties, pursuant to 18 U.S.C. § 3509(d)(2), to file documents under seal that contain information concerning a child victim without the necessity of a court order.