UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　Plaintiff,<br><br>vs.<br><br>RALPH ALLEN LEE SHORTEY,<br>　　Defendant.<br><br>and<br><br>OKLAHOMA PUBLIC EMPLOYEES<br>RETIREMENT SYSTEM,<br>and its successors or assigns,<br>　　Garnishee. | )<br>)<br>)<br>)<br>)　Case No. CR-17-195-D<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### AMENDED APPLICATION FOR POST-JUDGMENT
### WRIT OF GARNISHMENT

Plaintiff, United States of America, hereby requests the Court pursuant to 28 U.S.C. § 3205 to issue a Writ of Garnishment directed to: **Oklahoma Public Employees Retirement System, at P.O. Box 53007, Oklahoma City, OK  73152-3007.**

Based on information and belief, the United States believes that the Garnishee has possession, custody or control of property in which the Defendant has a substantial non-exempt interest, **including an interest in deferred compensation arrangements such as, pension, profit-sharing, 401(k), SEPs, IRAs, and/or similar plans**. The name and address of the Garnishee or its authorized agent is:

　　Oklahoma Public Employees Retirement System
　　P.O. Box 53007
　　Oklahoma City, OK  73152-3007

In support of its Application, the United States would show the Court as follows:

1

| | |
|---|---|
| Defendant's Name: | Ralph Allen Lee Shortey |
| Date of Judgment: | September 17, 2018 |
| Nature of Judgment: | Criminal Judgment |
| JVTA Amount: | $5,000.00 |
| Special Assessment Amount: | $100.00 |
| Restitution Amount: | $125,850.00 |
| Total Judgment Amount: | $130,950.00 |
| Amount of Post-Judgment Interest Accrued to Date: | $0.00 |
| Total Amount Still Owing: | $124,556.69 |

More than 30 days prior to this Application, the United States made demand on the Defendant for the total amount still owing.  Despite this demand, the Defendant has not paid the amount still owing.

Dated this 29th day of July, 2019.

Respectfully submitted,

TIMOTHY J. DOWNING
UNITED STATES ATTORNEY

_/s/ Kay Sewell_
KAY SEWELL
OBA No. 10778
Assistant United States Attorney
210 Park Avenue, Suite 400
Oklahoma City, OK  73102
(405) 553-8700     FAX: (405) 553-8885
E-mail: Kay.Sewell@usdoj.gov